UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

STANISLAV BOTIYENKO,

      Petitioner,

  v.                                                                CAUSE NO. 3:26cv668 DRL-SJF

WARDEN,

      Respondent.

<u>ORDER</u>

Stanislav Botiyenko, an immigration detainee representing himself, was granted until June 19, 2026, to file an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 because his current petition did not provide a basis for relief. ECF 3. He was cautioned if he did not respond by the deadline, this case would be dismissed without further notice. *Id.* The deadline has passed with no response.

For the reasons in the court's previous order (ECF 3), the court DENIES the petition (ECF 1) and directs the clerk to close this case.

SO ORDERED.

July 7, 2026                                         *s/ Damon R. Leichty*
                                                            Judge, United States District Court